UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In The Matter of: | Chapter 7 |
| | 18-53366-MBM |
| Richard Hinger | Judge McIvor |
| Debtor(s) | |
| _____/ | |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY & WAIVING THE PROVISIONS OF F.R.B.P.4001(a)(3) AS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

     This matter having come before this Court on the Motion of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION ("Creditor"), by and through its attorneys, Schneiderman & Sherman, P.C., for relief from the Automatic Stay; all parties to said Motion having been served with a copy of Creditor's Motion and proposed Order:

     IT IS HEREBY ORDERED that the Automatic Stay is terminated to allow Creditor, its successors or assigns to foreclose on the property known as 33720 Gertrude St.,, Wayne, MI 48184, for the reasons set forth in Creditor's Motion; that Creditor is permitted to dispose of the property in accordance with the terms of its note and security agreement and in accordance with federal and state law; that F.R.B.P.4001(a)(3), is waived; that this order shall be served on the Chapter 7 Trustee and all others with an interest in the subject property.  This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

     IT IS FURTHER ORDERED that Creditor may send to any party or parties protected by the automatic stay any and all notices required by applicable state and/or federal law or regulation and to take such actions with respect to the Property as are provided for under applicable no bankruptcy law, including but not limited to, informing Debtor(s) of any loan modification, short sale, or other loss mitigation options.

**Signed on May 07, 2019**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge